UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff(s),        CASE NO. 12-20279

v.

        HONORABLE GERALD E. ROSEN

D-1, CHAMAR AVERY,

        Defendant(s).
_____/

**ORDER DENYING
DEFENDANT'S MOTION FOR DISMISSAL OF CHARGES AND FOR AN
EVIDENTIARY HEARING FOR VIOLATIONS OF "BRADY" MATERIAL
(DOC. 21)
AND
MOTION TO SUPPRESS EVIDENCE AND FOR EVIDENTIARY HEARING (DOC. 25)**

On December 13, 2012 the Court held motion and evidentiary hearings on defendant's Motion for Dismissal of Charges (Doc. 21) and Motion to Suppress Evidence (Doc. 25). For the reasons stated on the record,

IT IS ORDERED that the motions are DENIED.

SO ORDERED.

Dated: December 13, 2012        s/Gerald E. Rosen
        Chief Judge, United States District Court

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 13, 2012, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5135